## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA L. POLLICK, | : | CIVIL ACTION NO. 1:26-CV-642 |
| | : | |
| **Plaintiff** | : | (Judge Neary) |
| | : | |
| v. | : | |
| | : | |
| LACKAWANNA COUNTY | : | |
| PRISON, *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 30th day of March, 2026, upon review of plaintiff's application for leave to proceed *in forma pauperis* and motion for recusal, and further upon review of the complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1.  Plaintiff's application for leave to proceed *in forma pauperis*, (Doc. 5), is GRANTED.

2.  Plaintiff's motion for recusal (Doc. 6) is DENIED.

3.  Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice and without leave to amend.

4.  The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania